# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148495

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                      SC: 148495
                                                      COA: 310591

BRET JOSEPH FRAME,
      Defendant-Appellant.
                                                      Kalamazoo CC: 2011-000981-FC

_____/

      On order of the Court, the application for leave to appeal the December 3, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



d0519

Clerk